

David R. Castellani *(NJ and PA Bar)* *
David@Castellanilaw.com
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*

David C. Castellani *(NJ Bar)*
Connor@Castellanilaw.com

Caroline S. Castellani *(NJ Bar)*
Caroline@Castellanilaw.com

450 Tilton Road, Suite 245
Northfield, New Jersey 08225
Tel: 609-641-2288 Fax: 609-641-2299
Tax ID No: 20-3743893

February 11, 2022

The Honorable Ann Marie Donio, U.S.M.J.
United States District court
Mitchell H. Cohen Building and U.S. Courthouse
4th and Cooper Streets, Court Room 3B
Camden, NJ 08101

        RE:    Estate of Jacob Servais v. Caccia, et al.
                  Civil Action No. 20-14601

Dear Judge Donio:

      Per Your Honor's instructions, I am writing to advise that the deposition of Jessica Servais has been scheduled for Tuesday, February 15, 2022, at 10:00 AM in connection with the above-referenced matter. Thank you.

Respectfully,
Castellani Law Firm, LLC

David R. Castellani

DRC/dh

cc:    Michael T. Moran, Esquire